Gussie C. ELLIS, Appellant,

v.

Maurice ELLIS, Appellee.

No. 2338.

Municipal Court of Appeals for the
District of Columbia.

Argued March 9, 1959.

Decided March 31, 1959.

Thurman L. Dodson, Washington, D. C.,
with whom E. Lewis Ferrell, Washington,
D. C., was on the brief, for appellant.

William C. Davis, Washington, D. C.,
entered an appearance for appellee but filed
no brief.

Before ROVER, Chief Judge, HOOD,
Associate Judge, and CAYTON (Chief
Judge, Retired) sitting by designation un-
der Code, § 11–776(b).

PER CURIAM.

We are asked to reverse a decision dis-
missing a complaint for limited divorce.
Plaintiff-wife based her action on the
ground of cruelty. She testified that her
husband had inflicted several acts of men-
tal and physical cruelty upon her, and she
was in part corroborated by other witnesses.
The husband in his testimony denied all
the charges in detail, recited acts of violence
by the wife, and placed on her the blame
for their marital discord.

From our study of the transcript we can-
not say that in weighing the evidence the
trial judge was wrong in deciding that the
wife's charge of cruelty had not been estab-

lished. We cannot override his decision on issues which were wholly factual.

Since the decision is to be sustained on the merits, we have no occasion to discuss appellant's claim that there was error in a pre-trial ruling refusing to permit an amendment asking for a division of real property owned jointly by the parties.

Appellant refers to the fact that the trial court made no ruling as to custody of a minor child. However, custody of the child has been with plaintiff-mother, was not disturbed by the decision in this case, and is not in issue on this appeal.

Affirmed.